IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, P.C., | No. CV 08-1327-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Global Entertainment Acquisition Corp., et. al., | |
| Defendants. | |

IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed on or after November 21, 2008, without further notice to Plaintiff, unless before then Plaintiff has served defendants with process and has filed with the clerk of the court proof thereof pursuant to Rule 4(*l*).

DATED this 2nd day of October, 2008.

_____
Neil V. Wake
United States District Judge