Peter Kristofer Strojnik, Esq. – Arizona State Bar No. 026082
THE LAW FIRM OF PETER K. STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-264-1441
e-mail: *pksesq@aol.com*
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>BottomLineStocks, a fictitious entity; GLOBAL ENTERTAINMENT ACQUISITION CORP., a Florida Corporation; UNKNOWN DEFENDANTS 1-50,<br>            Defendants. | NO. 2:08-cv-1327-PHX-NVW<br><br>**NOTICE OF REPRESENTATION** |

PLEASE TAKE NOTICE the Undersigned Counsel, Peter Kristofer Strojnik (SBN: 026082), shall represent Peter Strojnik, P.C. in the above-entitled action. Plaintiff continues to also be represented by Peter Strojnik (SBN 6464). The undersigned's contact information is as follows:

Peter Kristofer Strojnik
THE LAW FIRM OF PETER K. STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-264-1441

-2-

1  RESPECTFULLY SUBMITTED this 8th day of January, 2009.

**LAW FIRM OF PETER K. STROJNIK**

Peter Kristofer Strojnik
Attorney for the Plaintiff