**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Strojnik AZBN 006464
strojnik@aol.com
Attorney for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES

DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BottomLineStocks et al. <br><br> Defendants. | NO. 2:08-cv-1327-PHX-NVW <br><br> **RULE 41 NOTICE OF DISMISSAL** <br><br> **(Digitalspeed Communications, Inc.)** <br><br> **(Adam Pasternack)** <br><br> **(Alla Pasternack)** |

NOTICE IS HEREBY GIVEN that Plaintiff Peter Strojnik, P.C. dismisses without prejudice the following parties in the above captioned matter: (1) Digitalspeed Communications, Inc.; (2) Adam Pasternack; and, (3) Alla Pasternack.

RESPECTFULLY SUBMITTED this 11th Day of March, 2009.

THE LAW FIRM OF PETER STROJNIK

_____
By: Peter Strojnik
Attorney for Plaintiffs

-1-

-2-

Copy Electronically Submitted this
11th Day of March, 2009 to:

Steven A. Augustino, Esq.
Attorney for Digitalspeed, Pasternack
saugustino@kelleydrye.com