|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Peter Strojnik, P.C., | ) No. CV 08-1327-PHX-NVW |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Global Entertainment Acquisition Corp., et. al., | ) |
| Defendants. | ) |

On November 10, 2008, original Defendant Global Entertainment Acquisition Corp. filed an answer to the complaint. (Doc. # 8.)  On January 29, 2009, Plaintiff filed a first amended complaint (doc. # 20), changing the name of that Defendant to Hydrogenetics,Inc., as it was alleged that Global Entertainment Acquisition Corp. changed its name to Hydrogenetics, Inc. on August 1, 2008.  The order permitting the first amended complaint to be filed deemed it served "on the existing Defendant today." Defendant Hydrogenetics, Inc., formerly Global Entertainment Acquisition, has not filed an answer to the first amended complaint.  All other Defendants, except the fictitious Defendant BottomLineStocks, which is not alleged to be any person or legal entity, were dismissed on March 11, 2009.

IT IS THEREFORE ORDERED that Plaintiff show cause by **April 27, 2009**, why this action should not be dismissed as against Defendant Hydrogenetics, Inc., for failure to prosecute unless before then an application for entry of default against Defendant

1  Hydrogenetics, Inc., has been filed or it has filed a responsive pleading to the first
2  amended complaint.
3      DATED this 13th day of April, 2009.

                                            Neil V. Wake
                                    United States District Judge