IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, P.C., | No. CV08-1327-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Global Entertainment Acquisition Corp., | |
| Defendant. | |

Entry of default was entered on April 21, 2009, but Plaintiff has taken no action since then.

IT IS ORDERED that this case will be dismissed for lack of prosecution, with no further notice to Plaintiff, on or after **July 31, 2009**, unless before then Plaintiff has filed a motion for entry of default judgment.

DATED this 1st day of July, 2009.

_____
Neil V. Wake
United States District Judge