**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik CABN 242728 AZBN 026082
pksesq@aol.com
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation, | ) NO. 2:08-cv-1327-PHX-NVW ) |
| Plaintiff, | ) **DECLARATION OF COUNSEL IN** ) **SUPPORT OF PLAINTIFF'S REQUEST** ) **FOR ENTRY OF CLERK'S JUDGMENT** |
| vs. | ) |
| BottomLineStocks, a fictitious entity; HYDROGENETICS, INC. f/k/a GLOBAL ENTERTAINMENT ACQUISITION CORP., a Florida Corporation, | ) ) ) ) ) |
| Defendants. | ) |

I, PETER K. STROJNIK, declare the following statements to be true and correct under the penalty of perjury.

1.  My name is Peter Kristofer Strojnik. I have personal knowledge of all statements made herein.

2.  I am an attorney licensed to practice before all federal and state courts in the States of Arizona and California. I am the attorney of record for the Plaintiff in the above matter, and this Declaration is made in support of Plaintiff's Request for Entry of Clerk's Judgment against Defendant Hydrogenetics, Inc.

3. On July 18, 2008, Plaintiff filed a Complaint against Defendant Global Entertainment Acquisitions Corporation (Doc. 1). The Pleading was later amended to change the Defendant name to Hydrogenetics, Inc. (Doc. 20). Among the allegations were that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq (the "Act"). The Act permits damages to be awarded for the sum of $500.00 per facsimile sent in violation thereof, and permits three times said amount where the Defendant acted willfully and intentionally. Plaintiff requested treble damages for the sum of $1,500.00. *See*, Doc. 20 at ¶58(d).

4. Plaintiff also requested a sum certain award of punitive damages for a sum in no event less than $5,000,000.00. Id. at ¶¶58(g).

5. Plaintiff also requested costs in connection with the litigation. Id. at ¶58(h). Plaintiff has incurred $350.00 in costs in this litigation for the filing fee of the Complaint.

6. Defendant failed to file a responsive pleading or otherwise defend against Doc. 20, and the Clerk entered default (Doc. 26).

7. Plaintiff is entitled to an award totaling the sum certain of $5,001,850.00 as follows:

    a. For compensatory damages in the sum of $1,500.00;

    b. For costs in the sum of $350.00; and,

    c. For punitive damages in the sum of $5,000,000.00.

THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ARIZONA.

DATED this 9th Day of July, 2009.

_____
Peter Kristofer Strojnik