**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Strojnik AZBN 006464
strojnik@aol.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BottomLineStocks, a fictitious entity; HYDROGENETICS, INC. f/k/a GLOBAL ENTERTAINMENT ACQUISITION CORP., a Florida Corporation, <br><br> Defendants. | NO. 2:08-cv-1327-PHX-NVW <br><br> **STATEMENT OF COSTS** |

Counsel for Plaintiff verifies under the penalty of perjury that the following costs were expended in this matter:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7-18-08 | Complaint filing fee | $350.00 |
| | **TOTAL** | **$350.00** |

-1-

DATED this 9th Day of July, 2009.

By:_____
Peter Kristofer Strojnik
Attorney for Plaintiff

-2-