IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BottomLineStocks, a fictitious entity; HYDROGENETICS, INC. f/k/a GLOBAL ENTERTAINMENT ACQUISITION CORP., a Florida Corporation,<br><br>Defendants. | NO. 2:08-cv-1327-PHX-NVW<br><br>**[PROPOSED] CLERK'S JUDGMENT** |

**THE CLERK OF THE UNITED STATES DISTRICT COURT FINDS:**

1. The Clerk entered the Default of Defendant Hydrogenetics, Inc. on April 21, 2009 (Doc. 26).

2. Plaintiff submitted to the Clerk a Statement of Costs indicating cost expenditures in the amount of $350.00.

3. Plaintiff's request for an award of compensatory damages in the sum of $1,500.00 is for a sum certain and requested in the Complaint.

4. Plaintiff's request for an award of punitive damages in the sum of $5,000,000.00 is for a sum certain and requested in the Complaint.

5. Plaintiff submitted a Declaration indicating Plaintiff is entitled to a sum certain of $5,001,850.00.

**NOW, THEREFORE, the Clerk enters judgment as follows:**

1. Plaintiff has judgment against Defendant Hydrogenetics, Inc. for costs in the amount of $350.00.

2. Plaintiff has judgment against Defendant Hydrogenetics, Inc. for compensatory damages in the amount of $1,500.00.

3. Plaintiff has judgment against Defendant Hydrogenetics, Inc. for punitive damages in the amount of $5,000,000.00.

4. The money judgment shall be subject to the interest at the rate of TEN PERCENT (10%) from the date of the Judgment until paid in full.

DATED this _____ Day of _____, 2009.

_____
Clerk of the United States District Court