IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, P.C., ) | No. CV08-1327-PHX-NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Global Entertainment Acquisition Corp., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is Plaintiff's Request for Entry of Default Judgment (doc. # 28), which requests punitive damages of $5,000,000. The request does not establish any authority for assessment of punitive damages in light of statutory treble damages available.

IT IS THEREFORE ORDERED that Plaintiff file by July 24, 2009, a memorandum of law demonstrating that punitive damages may be awarded in this case.

DATED this 10th day of July, 2009.

_____
Neil V. Wake
United States District Judge