IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, P.C., | No. CV08-1327-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Global Entertainment Acquisition Corp., | |
| Defendant. | |

Before the Court is Plaintiff's Request for Entry of Default Judgment (doc. # 28). Plaintiff pleaded a class action but did not seek class certification. Class relief is therefore deemed withdrawn.

IT IS ORDERED that Plaintiff's Request for Entry of Default Judgment (doc. # 28) is granted to the extent that the Clerk is ordered to enter judgment in favor of Plaintiff against Defendant Hydrogenetics, Inc, a Florida corporation, in the amount of $1,500.00 statutory damages, $350 taxable costs, and $5,000.00 punitive damages, plus interest thereon at the federal rate from the date of judgment until paid.

IT IS FURTHER ORDERED that this action is dismissed without prejudice as against all other Defendants. The Clerk shall terminate this action.

DATED this 27th day of July, 2009.

_____
Neil V. Wake
United States District Judge