# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Peter Strojnik, P.C., | ) | **DEFAULT JUDGMENT** |
| | ) | |
| Plaintiff, | ) | CV08-1327-PHX-NVW |
| | ) | |
| v. | ) | |
| | ) | |
| Global Entertainment Acquisition Corp., et al. | ) | |
| | ) | |
| Defendant (s) | ) | |
| | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 27, 2009, granting Plaintiff's Request for Entry of Default Judgment, Judgment is entered in favor of Plaintiff and against Defendant Hydrogenetics, Inc., in the amount of $1,500.00 statutory damages, $350 taxable costs, and $5,000.00 punitive damages, plus interest thereon at the federal rate of 3.32%, from the date of judgment until paid. This action is dismissed with prejudice as against all other defendants.


July 27, 2009                                                       RICHARD H. WEARE
                                                                    District Court
                                                                    Executive/Clerk

                                                                     s/E.Leon
                                                                    Deputy Clerk

cc: (all counsel)