**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BottomLineStocks, a fictitious entity et al., <br><br> Defendants. | NO. 2:08-cv-1327 <br><br> **SATISFACTION OF JUDGMENT** |

NOTICE IS HEREBY GIVEN by Plaintiff Peter Strojnik, P.C. that Defendant Hydrogenetics, Inc. has fully satisfied the judgment in this matter.

RESPECTFULLY SUBMITTED this 13th Day of August, 2009.

THE LAW FIRM OF PETER STROJNIK

_____
Peter Kristofer Strojnik
Attorney for Plaintiff